# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV15-1579 MRW | Date | April 16, 2015 |
| Title | Transportation Insurance Company et al v. Raul Meraz et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: NOTICE OF DISMISSAL

   Plaintiff filed a notice of dismissal and stipulation of dismissal with prejudice. (Docket # 14.) This action is dismissed with prejudice.